withdraw demurrer and to answer, upon payment of costs in this court and in the court below.

McGIVERN, Respondent, v. SEBRING, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 18, 1904.) Action by Michael McGivern against James O. Sebring. PER CURIAM. Order affirmed, with costs. McLENNAN, P. J., dissents.

McGOWN et al., Appellants, v. BARNUM et al., Respondents. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by David J. McGown and others against Curtis A. Barnum and others. C. L. Barber, for appellants. C. B. Pierce, for respondents. No opinion. Judgment affirmed, with costs.

In re McILROY et al. (Supreme Court, Appellate Division, First Department. October 21, 1904.) In the matter of Alida McIlroy and another. No opinion. Motion granted, and time extended to February 1, 1905.)

McINTYRE, Respondent, v. McINTYRE, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 30, 1904.) Action by Susie C. McIntyre against Edward M. McIntyre. No opinion. Appeal dismissed, with $10 costs.

McKIBBON, Appellant, v. HOWE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 11, 1904.) Action by Isaiah McKibbon against J. Henry Howe and others. No opinion. Order affirmed, with $10 costs and disbursements.

McKNIGHT v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by James McKnight, an infant, etc., against the city of New York. M. P. O'Connor, for plaintiff. T. Connoly, for defendant. No opinion. Exceptions overruled, and judgment ordered dismissing complaint, with costs.

McLOUGHLIN, Respondent, v. COMMERCIAL ADVERTISER ASS'N, Appellant. (Supreme Court, Appellate Division, Second Department. November 23, 1904.) Action by Agnes E. McLoughlin against the Commerical Advertiser Association. No opinion. Judgment and order unanimously affirmed, with costs.

MADDEN, Respondent, v. JUDGE, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1904.) Action by Thomas F. Madden against Dennis A. Judge. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

MANNIS, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. November 16, 1904.) Action by William T. Mannis against the state of New York. No opinion. Judgment unanimously affirmed, with costs.

90 N.Y.S.—70

MARKHAM, Appellant, v. SHUE, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 23, 1904.) Action by Homer J. Markham against Frank Shue. PER CURIAM. Order reversed, with $10 costs and disbursements, and application for a bill of items denied, with $10 costs. Held that, the answer having been served and it not sufficiently appearing that such bill of items was necessary to enable defendant to prepare his answer, the application should have been denied. Davidow v. Auerbach, 15 App. Div. 424, 44 N. Y. Supp. 461; American Credit Indemnity Co. v. Bondy, 17 App. Div. 328, 45 N. Y. Supp. 267.

MARSHALL, Appellant, v. CITY OF BUFFALO, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 15, 1904.) Action by Charles D. Marshall, as trustee, etc., against the city of Buffalo. No opinion. Order affirmed, with costs.

MARTIN'S BANK, Limited, Respondent, v. AMAZONAS CO., Appellant. (Supreme Court, Appellate Division, First Department. November 25, 1904.) Action by Martin's Bank, Limited, against the Amazonas Company. An order was entered placing the cause on the special calendar of part 2 as a short cause for trial, as authorized by court rule 5, and defendant appeals. Modified. W. M. Seabury, for appellant. Abraham Benedict, for respondent. PER CURIAM. The order should be modified by allowing preference only over nonpreferred causes noticed for the same term, and, as thus modified, affirmed, without costs, on authority of Martin's Bank, Limited, v. Amazonas Company (decided herewith) 90 N. Y. Supp. 734.

MARX, Respondent, v. HAINES, Appellant. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by Max Marx against Samuel B. Haines. W. W. Niles, for appellant. M. Rapp, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MARYLAND CASUALTY CO., Appellant, v. SIEGEL-COOPER CO., Respondent. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by the Maryland Casualty Company against the Siegel-Cooper Company. W. H. Lyons, for appellant. E. Hall, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MASON, Appellant, v. SIMS, Respondent. (Supreme Court, Appellate Division, Second Department. October 11, 1904.) Action by John D. Mason against Caroline A. Sims. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

METCALF, Respondent, v. METCALF, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 11, 1904.) Ac-

tion by Charles W. Metcalf, an infant, etc., against Jonathan W. Metcalf. No opinion. Judgment and order affirmed, with costs.

METZ, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 25, 1904.) Action by Nathan Metz against the Metropolitan Street Railway Company. B. H. Ames, for appellant. O. Horwitz, for respondent. No opinion. Judgment and order affirmed, with costs.

In re MINK'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) In the matter of the discovery and delivery of property belonging to the estate of Lucy Mink, deceased.
PER CURIAM. Motion to dismiss appeal denied, without costs, upon condition that the appellant, within 10 days after service of a copy of this order, with notice of entry thereof, gives the undertaking provided for by section 2577 of the Code of Civil Procedure, leave to furnish which is hereby granted. In the event of the failure to furnish such undertaking, the motion is granted, with $10 costs.

MINTZ, Appellant, v. NORTH BRITISH & MERCANTILE INS. CO. OF LONDON & EDINBURGH, Respondent. (Supreme Court, Appellate Term. November 10, 1904.) Action by Louis Mintz against the North British & Mercantile Insurance Company of London & Edinburgh. From a judgment of the City Court in favor of defendant, and from an order denying plaintiff's motion for a new trial, plaintiff appeals. Affirmed. Moses Feltenstein, for appellant. Leo Levy, for respondent.
PER CURIAM. Upon full consideration we cannot find that the verdict is against the weight of the evidence, or that reversible error was committed at the trial. The judgment and order must be affirmed, with costs.

MOORE et al., Respondents, v. FOLAND, Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1904.) Action by Alfred A. Moore, Anna L. Moore, and Marian Moore against Chester Foland. No opinion. Judgment unanimously affirmed, with costs.

MOREL et al. v. STEARNS et al. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by Marie J. E. Morel and others against John N. Stearns and others. No opinion. Motion denied.

MORRISON et al., Respondents, v. ULLMAN et al., Appellants. (Supreme Court, Appellate Division. Fourth Department. October 21, 1904.) Action by Solomon Morrison and another against Albert D. Ullman and others.
PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellants to abide event. Held, that defendants' answer set forth a good defense, and that it was error to exclude the proof offered by

the defendants, under their answer and opening, and to direct a verdict in favor of the plaintiffs.

MURATORE, Appellant, v. PIRKL, Respondent. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by Joseph Muratore against John Pirkl. No opinion. Motion denied, without costs.

MURPHY, Respondent, v. CROOKE, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1904.) Action by Alexander D. Murphy against Robert L. Crooke. No opinion. Judgment of the Municipal Court affirmed, with costs.

MURPHY, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. November 16, 1904.) Action by Charles Murphy against the state of New York. No opinion. Judgment unanimously affirmed, with costs.

MURPHY, Appellant, v. STUCKEY, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Action by John Murphy against William Stuckey. No opinion. Appeal dismissed, with $10 costs.

MUZZY v. GULICK et al. POWERS v. COPLEY et al. In re MUZZY. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Action by John B. Muzzy, as receiver, etc., against Ernestus Gulick and others. Action by Isaac P. Powers, for himself, etc., against George W. Copley and others. In the matter of the application of John B. Muzzy, as receiver, etc.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
WILLIAMS, J., not voting.

NASTASE, Respondent, v. BALTIMORE & O. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by Vincenza Nastase, as sole administratrix, etc., against the Baltimore & Ohio Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

NATIONAL FIRE INS. CO. OF HARTFORD, Respondent, v. SULLARD, Appellant. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by the National Fire Insurance Company of Hartford against Benjamin E. Sullard. No opinion. Motion denied, without costs.

In re NELSON'S ESTATE. (Supreme Court, Appellate Division, Second Department. October 14, 1904.) In the matter of the estate of Samuel Nelson, deceased.
PER CURIAM. Motion to resettle order denied, without costs. We think the questions in the order cover all the issues really litigated between the parties.

NESTER, Appellant, v. COLTER, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 15, 1904.) Ac-